IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00034-GPG

GEORGE MOORE,

    Plaintiff,

v.

ELIAS DIGGINS,
RN ZIMMER,
DR. CHRISTIAN STOB,
CARMEN KASSETY,
DENVER HEALTH MEDICAL CENTER, and
DENVER SHERIFF DEPARTMENT,

    Defendants.

## ORDER

Pursuant to the Tenth Circuit's Order and Judgment, entered December 10, 2015, the Court will order the 42 U.S.C. § 1983 claims asserted against Defendants RN Zimmer and Dr. Stob drawn to a **presiding** judge, and when appropriate to a **magistrate** judge. *See* D.C.COLO.LCivR 8.1(c).   Accordingly, it is

ORDERED that the 42 U.S.C. § 1983 claims asserted against Defendants RN Zimmer and Dr. Stob shall be drawn to a **presiding** judge, and when appropriate to a **magistrate** judge.

DATED January 24, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge