IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00034-MEH

GEORGE MOORE,

    Plaintiff,

v.

ZIMMER, RN, in her individual and official capacities, and
DR. CHRISTIAN STOB, in his individual and official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2016.**

    Plaintiff's Motion to Amend Amended Complaint, construed by this Court as a request to amend the case caption [filed March 11, 2016; docket #42] is **denied without prejudice** for the Plaintiff's failure to provide any reason or explanation for his request.