IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00034-MSK-MEH

GEORGE MOORE,

    Plaintiff,

v.

NANCEY ZIMMER, RN, in her individual and official capacities, and
DR. CHRISTIAN STOB, in his individual and official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2016.**

    Plaintiff's renewed Motion to Amend Amended Complaint, construed by this Court as a request to amend the case caption [filed March 28, 2016; docket #60] is **granted**. The Clerk of the Court is directed to correct the name of Defendant Zimmer, RN to "Nancey Zimmer, RN" as set forth above.