**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00034-MSK-MEH

GEORGE MOORE

      Plaintiff,

v.

NANCEY ZIMMER, RN, in her individual and official capacities,
DR. CHRISTIAN STOB, in his individual and official capacities

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 07 2016**

JEFFREY P. COLWELL
CLERK

---

**PLAINTIFF'S AMENDED SWORN AFFIDAVIT and DECLARATION OF GEORGE MOORE**

Comes now, George Moore, herein, Plaintiff, moves for this Court to allow him to amend the above mentioned Sworn Affidavit and Declaration of George Moore, to show on page 23 of said Affidavit that Plaintiff declares under penalty of perjury the foregoing Declaration is true in accordance to 28 USCS 1746.

Respectfully submitted,

_/s/ George Moore_
George Moore #82658

I declare under penalty of perjury, that the foregoing Sworn Affidavit and Declaration of George Moore is true and Correct.

Executed on October 4, 2016 at Sterling Colorado

_/s/ George Moore_
George Moore #82658

Subscribed & acknowledged before me this
_4TH_ day of _OCTOBER_, 20_16_,
IN THE STATE OF COLORADO,
COUNTY OF LOGAN.

_Donald G Canfield_
NOTARY

MY COMMISSION EXPIRES 6/03/2020

DONALD G CANFIELD
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20044016690
MY COMMISSION EXPIRES 06-03-2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Sworn Affidavit and Declaration of George Moore was sent via U.S. Mail on the 4th day of October 2016, addressed to the following:

Office of the Clerk
U.S. District Court
Alfred A. Arraj Courthouse
901-19th St., RM A105
Denver, CO 80294-3589

Patrick A. Singer, #39738
5619 DTC Parkway #1200
Greenwood Village, CO 80111-3061

*/s/ George Moore*
George Moore #82658

**Colorado Department Of Corrections**

Name: George Moore
Register Number: 82658
Unit: 3b
Box Number: 6000
City, State, Zip: Sterling, CO 80751

Arraj, United States Courthouse
901 19th Street, Room A-105
Denver, CO 80294-3589

80294$2501 C044

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751
02 1W
0001365920 OCT. 05. 2016.
$ 000.46⁵



Restricted Inspection Mail Stamp
FACILITY: SCE
DOC EMPLOYEE LAST NAME: Water
DOC#: 82658
OFFENDER LAST NAME: Moore
DATE REC'D: 2513
INT: [signature]
INT: [signature]